(No. 6231—)

BESSIE KRIGEL, AGENT FOR EMILY ECONOMOU, (MOTHER), Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed November 9, 1971.*

BESSIE KRIGEL, AGENT FOR EMILY ECONOMOU, (MOTHER), Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

Perlin, C.J.